SHORE BRIDGE CORPORATION, Appellant, *v.* UTICA STRUCTURAL STEEL, INC., et al., Appellants; FIRST TRUST COMPANY OF ALBANY, Respondent; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, et al., Defendants.

Submitted April 9, 1945; decided April 19, 1945.

*Patrick C. Dugan* and *Thomas E. White* for motion.

*Edward S. Rooney* opposed.

Motion denied, with $10 costs and necessary printing disbursements on the ground that the appeal lies as of right.